MATTHEW J. MATERN (SBN 159798)
WENDY SHA (SBN 240364)
RASTEGAR & MATERN, ATTORNEYS AT LAW
1010 Crenshaw Boulevard, Suite 100
Torrance, CA 90501
Telephone: (310) 218-5500
Facsimile: (310) 218-1155
mjm@rastegar-matern.com
ws@rastegar-matern.com

JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
PEDER J. THOREEN (SBN 217081)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altshulerberzon.com
ecervantez@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Plaintiffs DOMINIQUE HINES and other similarly situated current and former employees of KFC U.S. Properties, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOMINIQUE HINES, individually, and on behalf of all other similarly situated current and former employees of KFC U.S. Properties, Inc.,

Plaintiffs,

v.

KFC U.S. PROPERTIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 3:09-cv-02422-JM-POR

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

Courtroom of the Hon. Jeffrey T. Miller

Hearing Date: June 25, 2010
Hearing Time: 1:30 p.m.

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that, on June 25, 2010, at 1:30 p.m. in Courtroom 16 of Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, CA 92101-8900, before the Honorable Jeffrey T. Miller, Plaintiffs will and hereby do move the Court to certify this case as a class action on the grounds that the proposed class meets the requirements of Federal Rule of Civil Procedure 23(a), 23(b)(2), and 23(b)(3). Plaintiffs seek certification of the following class, pursuant to Federal Rule of Civil Procedure 23:

> All current and former non-exempt employees of Defendant KFC U.S. Properties, Inc. who were employed in California in the position of "Team Member" at any time since October 2, 2005.

Plaintiffs further move for appointment of Class Counsel pursuant to Federal Rule of Civil Procedure 23(g), on the grounds that proposed Class Counsel, Rastegar & Matern, Attorneys at Law, and Altshuler Berzon LLP, have thoroughly investigated the claims in this action, have extensive experience handling class actions, possess considerable knowledge of the applicable law, and have adequate resources to litigate this action.

This motion is based on this notice of motion and motion; the accompanying memorandum of points and authorities; the evidence in support, including the declarations of proposed class members and proposed class counsel; the complete files and records in this matter; such argument as may be heard by the Court; and such other and further matters as may be called to the attention of the Court.

Plaintiffs request an opportunity to present oral argument on the present motion.

Dated: May 20, 2010

Respectfully submitted,

RASTEGAR & MATERN, ATTORNEYS AT LAW
MATTHEW J. MATERN
WENDY SHA

ALTSHULER BERZON LLP
JAMES M. FINBERG
EVE H. CERVANTEZ
PEDER J. THOREEN

By: *_/s/ Eve H. Cervantez_*

Attorneys for Plaintiffs DOMINIQUE HINES and other similarly situated current and former employees of KFC U.S. Properties, Inc.

CERTIFICATE OF SERVICE

I, Eve H. Cervantez, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Ross H. Hyslop, Esq.
rhyslop@mckennalong.com
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101-8105
Tel: 619-595-5461
Fax: 619-595-5450

Andra Barmash Greene, Esq.
agreene@irell.com
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Tel: (949) 760-0991
Fax: (949) 760-5200

Executed on May 20, 2010, at San Francisco, California.

/s/ Eve H. Cervantez
Attorneys for Plaintiff
DOMONIQUE HINES